Date Of Arrest: 7/14/2017

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Cristian Guadalupe LOPEZ-Madero A094 986 730 DOB: 1991 Citizen of Mexico Defendant | Magistrate Case No. 17-1538MJ COMPLAINT FOR VIOLATION OF COUNT I Title 8, United States Code, Section 1326 (a) enhanced by (b)(1) Attempted Re-entry After Removal (Felony). |

The undersigned complainant being duly sworn states:

### COUNT I

That on or about 7/14/2017, Defendant Cristian Guadalupe LOPEZ-Madero, an alien, entered or attempted to enter the United States, at or near San Luis, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Nogales, Arizona on or about 3/13/2015. The Secretary of Homeland Security of the United States not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8 United States Code, Section 1326(a) enhanced by (b)(1), a Felony.

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Ballos

Signature of Complainant
Rodolfo H. Di Bene
Enforcement Officer

Sworn to before me and subscribed in my presence,
7/15/2017     at     Yuma, Arizona
Date                 City and State

James F. Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA

V.

LOPEZ-Madero, Cristian Guadalupe
A094 986 730
DOB: 1991
Citizen of Mexico

**Immigration Record:**

3/13/2015      Removed to Mexico via Nogales, Arizona POE

**CRIMINAL RECORD:**

03/11/2014      La Plata County Sheriff Office, Durango, Colorado
               Charge: Control Substance Violation
               Disp: Guilty sentenced to 2 years prison

**SYNOPSIS:**

The complainant states that this complaint is based upon the statements of the apprehending officers, that LOPEZ was found on or about 7/14/2017, at or near the San Luis, Arizona Port of Entry. Questioning revealed that LOPEZ is a citizen of Mexico, and is not in possession of valid documents allowing him to enter, be or remain in the United States.

On or about 7/14/2017, Cristian Guadalupe LOPEZ applied for admission into the United States, via the vehicle lanes as a passenger of a car driven by Luis Ortiz, at the San Luis, Arizona Port of Entry. Upon inspection, LOPEZ claimed to be a citizen of the United States and presented a U.S. Passport Card bearing the name of Livan Francisco Ibarra Valenzuela and claimed to be this person to the primary officer. The primary officer referred LOPEZ to secondary for further inspection and investigation.

UNITED STATES OF AMERICA

    V.

LOPEZ-Madero, Cristian Guadalupe
AKA: Livan Francisco Ibarra Valenzuela
A094 986 730
DOB: 1991
Citizen of Mexico

Once in secondary the Officers read LOPEZ his rights per form I-214 which he signed acknowledging he understood them and opted to remain silent.

Through record checks Officers confirmed that LOPEZ and his parents are citizens and nationals of Mexico and have never been citizens or nationals of any other country. Officers searched Automated Biometric Identification System / Enforcement Case Tracking System (IDENT /ENFORCE), Central Index System (CIS), Deportable Alien Control System (DACS), National Crime Information Center (NCIC), Western Identification Network / Automated Fingerprint Identification System (WIN/AFIS) and Enforce Alien Removal Module (EARM) and confirmed that LOPEZ had been previously removed from the United States and convicted as stated above.

UNITED STATES OF AMERICA

V.

LOPEZ-Madero, Cristian Guadalupe
AKA: Livan Francisco Ibarra Valenzuela
A094 986 730
DOB: 1991
Citizen of Mexico

LOPEZ is a citizen of Mexico with no current or pending immigration benefits that would allow him to enter, work and or reside in the U.S.

_____
Signature of Complainant
Rodolfo H. Di Bene
Enforcement Officer

Sworn to before me and subscribed in my presence,

__7/15/2017__   at   __Yuma, Arizona__
Date                              City and State

__James F. Metcalf, U.S. Magistrate Judge__   _____
Name & Title of Judicial Officer                              Signature of Judicial Officer

## *Probable Cause Statement*

I, Enforcement Officer Rodolfo H. Di Bene, declare under penalty of perjury, the following is true and correct:

**Immigration Record:**
3/13/2015    Removed to Mexico via Nogales, Arizona POE

**CRIMINAL RECORD:**
03/11/2014    La Plata County Sheriff Office, Durango, Colorado
              Charge: Control Substance Violation
              Disp: Guilty sentenced to 2 years prison

The complainant states that this complaint is based upon the statements of the apprehending officers, that LOPEZ was found on or about 7/14/2017, at or near the San Luis, Arizona Port of Entry. Questioning revealed that LOPEZ is a citizen of Mexico, and is not in possession of valid documents allowing him to enter, be or remain in the United States.

On or about 7/14/2017, Cristian Guadalupe LOPEZ applied for admission into the United States, via the vehicle lanes as a passenger of a car driven by Luis Ortiz, at the San Luis, Arizona Port of Entry. Upon inspection, LOPEZ claimed to be a citizen of the United States and presented a U.S. Passport Card bearing the name of Livan Francisco Ibarra Valenzuela and claimed to be this person to the primary officer. The primary officer referred LOPEZ to secondary for further inspection and investigation.

UNITED STATES OF AMERICA

    V.

LOPEZ-Madero, Cristian Guadalupe
AKA: Livan Francisco Ibarra Valenzuela
A094 986 730
DOB: 1991
Citizen of Mexico

Once in secondary the Officers read LOPEZ his rights per form I-214 which he signed acknowledging he understood them and opted to remain silent.

Through record checks Officers confirmed that LOPEZ and his parents are citizens and nationals of Mexico and have never been citizens or nationals of any other country. Officers searched Automated Biometric Identification System / Enforcement Case Tracking System (IDENT /ENFORCE), Central Index System (CIS), Deportable Alien Control System (DACS), National Crime Information Center (NCIC), Western Identification Network / Automated Fingerprint Identification System (WIN/AFIS) and Enforce Alien Removal Module (EARM) and confirmed that LOPEZ had been previously removed from the United States and convicted as stated above.

UNITED STATES OF AMERICA

    V.

LOPEZ-Madero, Cristian Guadalupe
AKA: Livan Francisco Ibarra Valenzuela
A094 986 730
DOB: 1991
Citizen of Mexico

LOPEZ is a citizen of Mexico with no current or pending immigration benefits that would allow him to enter, work and or reside in the U.S.

*Executed on: Date* 7/15/2017  *Time:* _____

*Signed:* _____ Rodolfo H. Di Bene, *Enforcement Officer*

### Finding of Probable Cause

*On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of three pages, I find probable cause to believe that the defendant(s) named therein committed the offense on 7/14/2017 in violation of Title 8, United States Code, Section 1326(a)(b)(1).*

*Finding made on: Date* 07/15/17  *Time* 1753 HRS

*Signed:* James F. Metcalf _____ *United States Magistrate Judge*

-7-